225 So.2d 475

**Victor Rivera AYALA,**

v.

**C. Murray HENDERSON, Warden Louisiana State Penitentiary.**

No. 50034.

Aug. 8, 1969.

In re: Victor Rivera Ayala applying for writ of habeas corpus.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

225 So.2d 475

**Eugene J. TRAHAN**

v.

**AETNA CASUALTY & SURETY COMPANY et al.**

No. 50064.

Aug. 18, 1969.

In re: Eugene J. Trahan applying for writs of certiorari, mandamus and prohibition.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

225 So.2d 475

**LAWYERS TITLE OF LOUISIANA, INC.**

v.

**CRESCENT TITLE COMPANY, Inc., et al.**

No. 50031.

Aug. 18, 1969.

In re: Lawyers Title of Louisiana, Inc., applying for writs of certiorari, prohibition and mandamus.

The application is denied. We find no error in the ruling complained of.